RMY/MZG:2010R00456

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. |
| v. | : |
| | : (Conspiracy to Commit Sex Trafficking, |
| DUANE MASON, | : 18 U.S.C. § 1594(c); Sex Trafficking, |
|    a/k/a "Z-way," | : 18 U.S.C. § 1591; Use of Interstate |
|    a/k/a "Troy Dickerson" | : Facilities to Transmit Information |
| | : About a Minor, 18 U.S.C. § 2425, |
|        Defendant. | : Aiding & Abetting, 18 U.S.C. § 2) |
| | : |

...oOo...

## INDICTMENT

### COUNT ONE
(Conspiracy to Commit Sex Trafficking)

The Grand Jury for the District of Maryland charges that:

#### Introduction

At all times relevant to this Indictment,

1. Defendant **DUANE MASON** a/k/a "Z-way," a/k/a "Troy Dickerson," was a resident of Maryland and Washington, DC, and was born in 1974.

#### The Minor Sex Trafficking Victim

2. At all times relevant to this Indictment, a minor female, "VW," was a victim of the crimes alleged herein. The minor female was a resident of Maryland, was under the age of 18, and born in 1994.

## The Conspiracy

3. Beginning on at least April 21, 2010 and continuing through on or about April 26, 2010, in the State and District of Maryland and elsewhere, the defendant,

**DUANE MASON,**
**a/k/a "Z-way,"**
**a/k/a "Troy Dickerson,"**

together with others, known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, combine, conspire, confederate and agree to commit an offense against the United States, namely, to recruit, entice, harbor, transport, provide and obtain by any means a person, and benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, and knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Section 1591(a).

## Manner and Means of the Conspiracy

4. It was part of the conspiracy that **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, would receive monies and other things of value by having the minor referenced in Paragraph 2 engage in commercial sex acts.

5. It was further part of the conspiracy that **DUANE MASON a/k/a "Zway," a/k/a "Troy Dickerson,"** would also target vulnerable adult females to engage in commercial sex acts.

6. It was further part of the conspiracy that **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, would provide the

2

minor with marijuana and the adult female prostitutes with crack cocaine, alcohol, and other controlled substances.

7. It was further part of the conspiracy that **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury would provide clothing and food to the minor and adult female prostitutes in exchange for performance of commercial sex acts.

8. It was a part of the conspiracy that **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, would use vehicles, public highways, hotels, private residences, telephones and the internet to facilitate the commercial sex acts.

## Overt Acts

9. In furtherance of the conspiracy, and to effect the objects thereof, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, committed the following overt acts in the District of Maryland and elsewhere:

   a. At some time between April 21, 2010 and April 26, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, instructed VW on pricing for different sexual activities.

   b. On or about April 23, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, transported the minor to Washington, DC, where she was directed to walk an area known for prostitution in order to attract commercial sex consumers.

   c. On or about April 24, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, took photographs of the minor in sexually explicit poses.

   d. On April 25, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, used a computer to post the photographs of the minor on the "escort" section of backpage.com, an online advertising website, and listed a telephone number where the minor could be reached for a "date."

   e. On or about April 25, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, obtained cellular phone minutes for use in fielding responses to the backpage.com advertisement for the minor.

   f. On April 26, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy**

Dickerson," and others both known and unknown to the Grand Jury, rented a room at the Motel 6 hotel in Gaithersburg, Maryland, for the minor to use during her "dates."

  g. On April 26, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, drove the minor to meet an adult male undercover police officer, who paid the minor $200 in exchange for a promised commercial sex act.

  h. On April 26, 2010, **DUANE MASON a/k/a "Z-way," a/k/a "Troy Dickerson,"** and others both known and unknown to the Grand Jury, followed the minor and the undercover officer to the hotel room, where the minor was to commit the commercial sex act.

18 U.S.C. § 1594(c)

## COUNT TWO
### (Sex Trafficking)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1, 2 and 4 through 12 of Count One of this Indictment are incorporated by reference here.

2. From in or about April 21, 2010, continuing through in or about April 26, 2010, in the District of Maryland and elsewhere, defendant,

**DUANE MASON,**
a/k/a "Z-way,"
a/k/a "Troy Dickerson,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide and obtain by any means a person, namely, VW, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause VW to engage in a commercial sex act, and knowing that VW had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

## COUNT THREE
### (Use of Interstate Facilities to Transmit Information About a Minor)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in Paragraphs 1, 2 and 4 through 8 of Count One of this Indictment are incorporated by reference here.

2. On or about April 25, 2010, in the District of Maryland and elsewhere, defendant,

**DUANE MASON,**
a/k/a "Z-way,"
a/k/a "Troy Dickerson,"

using the mail and any facility or means of interstate and foreign commerce, knowingly initiated and attempted to initiate the transmission of the name, address, telephone number, social security number, and electronic email address of another individual– namely, the telephone number of "VW"– knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, or solicit any person to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. § 2425
18 U.S.C. § 2

*Rod Rosenstein /RMR*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**              Oct 6, 2010

FOREPERSON                          DATE