## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The defendant, Duane Mason ("MASON"), age 36, is a resident of Frederick, Maryland.

On or about April 22, 2010, a minor under the age of 16 was reported missing by her family. An individual who MASON knew through his drug dealings, James Davis ("DAVIS") had met the minor a few weeks earlier and recruited her to work for him as a prostitute. On the morning that the minor was reported missing, DAVIS sent a text message to MASON stating *"I got one... Im trying to put to work."*

MASON, in the presence of DAVIS, also took sexually suggestive photographs of the minor female together with a prostitute who worked for MASON, Mera Fraley ("FRALEY"). On or about April 25, 2010, MASON, DAVIS, and FRALEY used a computer at MASON's friend's residence in Frederick, Maryland, to post the photographs online in the 'escort' section of Backpage.com. MASON's Backpage.com account was used to post the advertisement, which read as follows:

*"Hayy mister whats wrong with ya tramition? Im just sittin here waiton ya to call an make an appointment , the lab is open to one who needs major tune ups and special treatment ,no job is to big...!!! call us at \*\*\*-\*\*\*-0178 or \*\*\*-\*\*\*-4263."*

The Backpage.com posting contained three images of the minor victim in sexually-suggestive poses, and a photograph of FRALEY. MASON and DAVIS knew that the minor had not yet attained the age of 16 when they posted this advertisement. MASON warned the minor that she had better not get caught, because she could get him in a lot of trouble.

MASON and DAVIS also discussed the need to purchase a virgin mobile phone card so that FRALEY and the minor would have a number for their dates to call them on. MASON and DAVIS replenished phone number ending in 4263 with a $20 Virgin mobile phone card on or about April 25, 2010 at 3:15 pm.

On April 26, 2010, an undercover police officer contacted one of the numbers provided in the Backpage.com posting, which was the number ending in 4263 discussed above. The undercover officer arranged a "date" with the minor female. The undercover officer was directed to drive to the area of Lake Forest Mall in Gaithersburg, Maryland to await further instructions.

While the undercover officer waited at the location, law enforcement located a yellow

1

Nissan Xterra in the area of the Lake Forest Mall. Police followed the Xterra to a Motel 6 at 497 Quince Orchard Rd., in Gaithersburg. MASON was driving the Xterra. Additional occupants were DAVIS, DAVIS' brother, the minor victim, FRALEY, and an adult female. Upon arrival at the Motel 6, MASON and the adult female entered the hotel lobby and rented a room.

After renting the hotel room, law enforcement followed the Xterra to the Toys 'R Us parking lot, where the undercover officer had since been instructed to meet the minor victim. The minor female exited the Xterra and entered the undercover officer's vehicle. Once in the undercover's car, the minor female solicited sex from the undercover officer, who in return gave the minor female $200.00 up-front.

The minor female then instructed the undercover officer to drive to the Motel 6 in Gaithersburg. The undercover police vehicle and the Nissan Xterra both proceeded to the Motel 6. The minor female exited the vehicle in the parking lot of the Motel 6 and gave FRALEY the $200.00. FRALEY returned to the Nissan Xterra and gave the money to MASON, who was seated in the backseat of the Xterra. The Nissan Xterra was stopped and the occupants, including MASON, FRALEY, the adult female, and DAVIS, were arrested.

Two small bags of suspected marijuana were found in the front passenger compartment during a search incident to arrest. A baggie of suspected crack cocaine was located on the back center floor. The police also found one laptop computer and a hundred dollar bill in the car. The bill was identified as one of the hundred dollar bills provided to the minor female by the undercover police officer. The second one hundred dollar bill was in DAVIS' possession.

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

12/30/10
Date

Duane Mason
Duane Mason

2