IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. DKC-10-0625

DUANE MASON

\*\*\*\*\*\*

### ORDER OF DETENTION
### Petition on Supervised Release (18 U.S.C. §§ 3143, 3148)

Pending before the Court is a motion by Government for detention pending a hearing on a petition for violation of supervised release.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court may release or detain a person charged with a violation of probation or supervised release. For the Court to order release, Defendant bears the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community.

After considering the factors set forth in 18 U.S.C. § 3143(a), and the presumption set forth in Federal Rules of Criminal Procedure 32.1 (a)(6) and 46(d), the Court concludes that the defendant must be detained pending a hearing on the Government's Petition on Supervised Release, because Defendant has not shown, by clear and convincing evidence, that Defendant will not flee or pose a danger to any other person or to the community rests with Defendant.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☒ Weight of evidence against the defendant is strong
- ☐ Subject to lengthy period of incarceration if convicted
- ☒ Prior criminal history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☐ History of violence or use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties
- ☐ Lack of significant community or family ties to this district
- ☐ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States
- ☐ Subject to removal or deportation after serving any period of incarceration

☒ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☒ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

- VOSR in this case in 2021
- prior apparent violations of pre-hearing release in 2021
- FTAs leading to state warrants in 2024
- history of unsatisfactory probation/compliance w/ court orders
- allegations include unauthorized possession of electronic devices while @ treatment program — important due to nature of underlying crime + proposed release

**Directions regarding detention:** The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

February 6, 2025
Date

Charles D. Austin
United States Magistrate Judge